FLNB Local Form 37-13 (08/11)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
__Panama City__ **DIVISION**

In re:                                              Case No.: 11-50399-KKS
                                                    Chapter 13

Thomas D. Fenton +
Kristin G. Fenton

Debtor(s)

**STATEMENT/CERTIFICATION REGARDING**
**REQUIREMENTS FOR DISCHARGE IN A CHAPTER 13 CASE**

Pursuant to 11 U.S.C. § 1328 and/or Local Rule 4004-1, concerning compliance with the requirements for discharge in a chapter 13 case, the debtor and/or joint debtor, if applicable, hereby state and certify that as to

1. Plan payments:

    [X] I/We have completed all plan payments; OR

    [ ] I/We have been granted a hardship discharge pursuant to the provisions of 11 U.S.C. § 1328(b).

2. Compliance with 11 U.S.C. § 1328(h) [regarding exemptions]:

    [X] I/We **did not** have either at the time of filing this bankruptcy case or at the present time, equity in excess of the dollar amount specified in 11 U.S.C. § 522(q), in the type of property described in 11 U.S.C. § 522(p)(1);

    OR

    [ ] I/We **did have** at the time of the filing of this bankruptcy case or **do have at the present time**, equity in excess of the dollar amount specified in 11 U.S.C. § 522(q), in the type of property described in 11 U.S.C. § 522(p)(1), but

    a. there has been no conviction in any proceeding and there is not currently a pending proceeding in which the debtor(s) may be found guilty of a felony or liable for a debt of a kind described in 11 U.S.C. § 522(q)(1)(A) [circumstances showing that the filing of this case was an abuse of the provisions of this title], **AND**

    b. the debtor(s) is/are not liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B) [securities law violations, civil remedies under 18 U.S.C. § 1964; or criminal, intentional, or reckless misconduct that caused death or serious injury to an individual in the past five (5) years].

3. Post-petition instructional course in personal financial management:

   [X] I/We have completed a post-petition instructional course in personal financial management and have filed with the court an Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management and/or the certificate issued by the course provider, for each debtor, if applicable, within the timelines specified in 11 U.S.C. § 1328(g).

4. Domestic Support Obligations (11 U.S.C. 1328(a)):

   [X] The **debtor** is not required to pay any amounts under a domestic support obligation; OR

   [X] The **joint debtor**, if applicable, is not required to pay any amounts under a domestic support obligation; OR

   [ ] All amounts to be paid by the **debtor** under a domestic support obligation that first became payable after the date of the filing of the petition, if the debtor is required by a judicial or administrative order or by statute to pay such domestic support obligation, have been paid. *Provide the following information:*

   [ ] All amounts to be paid by the **joint debtor** under a domestic support obligation that first became payable after the date of the filing of the petition, if the debtor is required by a judicial or adminis- trative order or by statute to pay such domestic support obligation, have been paid. *Provide the following information:*

   Debtor's Current Address:

   Joint Debtor's Current Address:

   Debtor's Employer & Employer's Address:

   Joint Debtor's Employer & Employer's Address:

5. Previous Discharge:

   [X] The **debtor** has not received a prior discharge of the kind noted in 11 U.S.C. § 1328(f).

   [X] The **joint debtor**, if applicable, has not received a prior discharge of the kind noted in 11 U.S.C. § 1328(f).

I/We declare under penalty of perjury that the statements and certifications contained herein are true and correct.

_____  
Signature of Debtor

Date: 1/7/16

_____  
Signature of Joint Debtor, if applicable

Date: 01/07/16